

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Florencia Benevides, Appellant

No. 06-22-00074-CV          v.

QQ Delight, LLC d/b/a Auntie Anne's, Appellee

Appeal from the 272nd District Court of Brazos County, Texas (Tr. Ct. No. 19-0003140-CV-272).  Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Florencia Benevides, pay all costs incurred by reason of this appeal.

RENDERED MARCH 24, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk